NUMBER 13-00-525-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


JOSE DE LA FUENTE
, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 138th District Court 


of Cameron County, Texas.


___________________________________________________________________


O P I N I O N



 Before Chief Justice Seerden, and Justices Dorsey and

Hinojosa



Opinion Per Curiam



 Appellant, JOSE DE LA FUENTE, perfected an appeal from an order 
entered by the 138th District Court of Cameron County, Texas, in cause
number 00-CR-0067-B. Appellant has filed a motion to withdraw the
notice of appeal. The motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and
appellant's motion to withdraw the notice of appeal, is of the opinion
that appellant's motion to withdraw the notice of appeal should be
granted. Appellant's motion to withdraw the notice of appeal is
granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 14th day of September, 2000.